UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

DOUGLAS CORNELL JACKSON,

        Plaintiff,

v.

REGINA KEMP,

        Defendant.
_____/

Case No. 2:21-cv-33

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  April 2, 2021                        /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge